UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                       Case No. 20-cr-20323

v.

                                   HON. MARK A. GOLDSMITH

MILEK MIMS,

    Defendant.
_____/

## ORDER DIRECTING GOVERNMENT TO RESPOND TO DEFENDANT'S LETTER (Dkt. 80)

Defendant Milek Mims has filed a letter with the Court concerning credits for his time in detention (Dkt. 80). The Government is directed to respond to Mims's letter by May 8, 2023.

SO ORDERED.

Dated: April 17, 2023                                 s/Mark A. Goldsmith
    Detroit, Michigan                            MARK A. GOLDSMITH
                                                     United States District Judge